

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00471-CV

| | | |
|---|---|---|
| Chapparal Operating Company | § | From the 43rd District Court |
| | § | of Parker County (CV16-0081) |
| v. | § | October 26, 2017 |
| EnergyPro, Inc. | § | Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Chapparal Operating Company shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr